# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1807
Lower Tribunal No. 22-DR-2189

_____

JOHN A. SALADINO,

Appellant,

v.

ERIKA F. SALADINO,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Russell T. Kirshy, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.


Sandy T. Fox and Sara E. Ross, of Sandy T. Fox, P.A., Miami, for Appellant.

Cynthia B. Hall and Parker R. Hall, of Silverio & Hall, P.A., Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED